IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

**UNITED STATES OF AMERICA**

**VS**  CR NO. 6:23-CR-283-1

**STAMATINA BOURRET**

# PLEA

The defendant, **STAMATINA BOURRET**, having withdrawn her plea of Not Guilty, pleads **GUILTY** to Count 1 of the Information after arraignment in open court.

_____
(Signed) Defendant

Greenville, South Carolina
Date: 8/22/23